# UNITED STATES BANKRUPTCY COURT

**Southern District of Texas, Houston Division**

In re    Corey Waller                                              Case Number    1239058

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111l(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. | JPMorgan Chase Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC  29603-0826

Court Claim # (if known):    5
Amount of Claim:    $282,396.41
Date Claim Filed:    04/15/2013
Phone:
Last Four Digits of Acct #:    6543

Phone:    (800) 365-7107
Last Four Digits of Acct #:    1248

Name and Address where payments to transferee should be sent (if different from above):

Shellpoint Mortgage Servicing

Phone:    (800) 365-7107
Last Four Digits of Acct #:    1248

Same as above

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Sharon Solis                               Date:    03/01/2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC  29603-0826 | Phone Number:   (800) 365-7107<br>Fax:   (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE:   Corey Waller
Case No:   1239058

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  3/1/2016.

Southern District of Texas, Houston Division
P.O. Box 61010
Houston, TX  77208


William Heitkamp
9821 Katy Freeway, #590
Houston, TX  77024


Kenneth A Keeling
3310 Katy Freeway Ste 200

Houston, TX  77007-



/s/ Sharon Solis