IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 12-39058-H5-13 |
| **Corey Don Waller** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 13 |

### MOTION TO ORDER EMPLOYER TO STOP PAYING TRUSTEE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Debtor requests that the Court enter an Order to Employer to Stop paying the Chapter 13 Trustee from the income of **Corey Don Waller**. The Debtor requests this order because because the case is now paid in full.

A form of a Order is attached.

Respectfully submitted,
THE KEELING LAW FIRM

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez;TBN 24041028
Cristina Rodriguez; TBN 24049980
Rebecca Keeling; TBN 24083295
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Employer to Stop Paying has been served on all parties electronically or by U.S. First Class Mail on January 26, 2018.

| | | |
|---|---|---|
| United States Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | William E Heitkamp<br>9821 Katy Freeway<br>Suite 590<br>Houston, TX 77024 | Corey Don Waller<br>1026 Taylor Ridge Drive<br>Spring, TX 77373 |

/s/Kenneth A. Keeling
KENNETH A. KEELING