Fill in this information to identify the case:

Debtor 1: Corey Waller

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of TX (State)

Case number: 12-39058

# Form 4100R
# Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** MTGLQ Investors, LP c/o Shellpoint Mortgage Servicing

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 4 8

**Property address:** 1026 Taylor Ridge Dr.
Number    Street

Spring          TX      77373
City            State   ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[✔] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[✔] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2018
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                         (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total.** Add lines a and b.                                    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / _____
MM / DD / YYYY

| Debtor 1 | Corey Waller | | | Case number (if known) | 12-39058 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | Signature: /s/ Carrie Dockter | Date: 2/16/2018 |
|---|---|---|
| Print | Carrie           Dockter | Title: Bankruptcy Case Manager |
| | First Name    Middle Name    Last Name | |
| Company | Shellpoint Mortgage Servicing | |

If different from the notice address listed on the proof of claim to which this response applies:

| Address | PO Box 10826 | |
|---|---|---|
| | Number    Street | |
| | Greenville           SC    29601 | |
| | City           State    ZIP Code | |
| Contact phone | (864) 312-4854 | Email: mtgbk@shellpointmtg.com |

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 1/1/2013 | 4/30/2013 | $9,547.56 | $ 2,386.89 | $ 7,160.67 | $ 7,160.67 |
| 2/1/2013 | 5/31/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 3/1/2013 | 6/30/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 4/1/2013 | 7/31/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 5/1/2013 | 8/31/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 6/1/2013 | 9/30/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 7/1/2013 | 10/31/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 8/1/2013 | 11/30/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 9/1/2013 | 12/31/2013 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 10/1/2013 | 1/31/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 11/1/2013 | 2/28/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 12/1/2013 | 3/31/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 1/1/2014 | 4/30/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 2/1/2014 | 5/31/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 3/1/2014 | 6/30/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 4/1/2014 | 7/31/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 5/1/2014 | 8/31/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 6/1/2014 | 9/30/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 7/1/2014 | 10/31/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 7,160.67 |
| 8/1/2014 | 11/30/2014 | $4,773.78 | $ 2,386.89 | $ 2,386.89 | $ 9,547.56 |
| 9/1/2014 | 12/31/2014 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 10/1/2014 | 1/31/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 11/1/2014 | 2/28/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 12/1/2014 | 3/31/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 1/1/2015 | 4/30/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 2/1/2015 | 5/31/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 3/1/2015 | 6/30/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 4/1/2015 | 7/31/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 5/1/2015 | 8/31/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 6/1/2015 | 9/30/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 7/1/2015 | 10/31/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 8/1/2015 | 11/30/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 9/1/2015 | 12/31/2015 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 10/1/2015 | 1/31/2016 | $2,386.89 | $ 2,386.89 | $ - | $ 9,547.56 |
| 11/1/2015 | 2/29/2016 | $2,162.93 | $ 2,386.89 | $ (223.96) | $ 9,323.60 |
| 12/1/2015 | 3/31/2016 | $2,162.93 | $ 2,386.89 | $ (223.96) | $ 9,099.64 |
| 1/1/2016 | 4/30/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 2/1/2016 | 5/31/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 3/1/2016 | 6/30/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 4/1/2016 | 7/31/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 5/1/2016 | 8/31/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 6/1/2016 | 9/30/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 7/1/2016 | 10/31/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 8/1/2016 | 11/30/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 9/1/2016 | 12/31/2016 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 10/1/2016 | 1/31/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 11/1/2016 | 2/28/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 12/1/2016 | 3/31/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 1/1/2017 | 4/30/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 2/1/2017 | 5/31/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 3/1/2017 | 6/30/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 4/1/2017 | 7/31/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 5/1/2017 | 8/31/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 6/1/2017 | 9/30/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 7/1/2017 | 10/31/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 8/1/2017 | 11/30/2017 | $2,162.93 | $ 2,162.93 | $ - | $ 9,099.64 |
| 9/1/2017 | | | $ 2,162.93 | $ (2,162.93) | $ 6,936.71 |
| 10/1/2017 | | | $ 2,162.93 | $ (2,162.93) | $ 4,773.78 |
| 11/1/2017 | | | $ 2,162.93 | $ (2,162.93) | $ 2,610.85 |
| 12/1/2017 | | | $ 2,162.93 | $ (2,162.93) | $ 447.92 |
| 1/1/2018 | | | $ 2,179.42 | $ (2,179.42) | $ (1,731.50) |
| 2/1/2018 | | | $ 2,179.42 | $ (2,179.42) | $ (3,910.92) |
| | | | | $ - | $ (3,910.92) |
| | | | | $ - | $ (3,910.92) |
| | | | | $ - | $ (3,910.92) |
| | | | | $ - | $ (3,910.92) |
| | | | | $ - | #REF! |
| 62 | 56 | $ 138,286.28 | $ 142,197.20 | $ (3,910.92) | |

| Loan Number | |
|---|---|
| Debtor | Waller |
| BK filed date | 12/4/2012 |
| BK Case # | 12-39058 |
| Loan Acquired | 2/1/2016 |
| Post Next Due | 1/1/2018 |
| Suspense | |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ - |
| | | Less Unapplied | $ (3,910.92) |
| | | **Total to bring current** | **$ 3,910.92** |

$ -
$ (3,910.92)
$ (3,910.92)  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS-501
Greenville, SC 29601

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:        (800) 365-7107<br>Fax:                          (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    Corey Waller
      Debtor 2

Case No:    1239058

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 2/15/2018.

Southern District of Texas, Houston Division
P.O. Box 61010
Houston, TX  77208


William Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway
Suite 590
Houston, TX  77024

Kenneth A Keeling
Keeling Law Firm
3310 Katy Freeway Suite 200
Houston, TX  77007-

Corey Waller

1026 Taylor Ridge Dr
Spring TX  77373


/s/ Carrie Dockter